**TECHNOLOGY LICENSING CORPO-
RATION and AV Technologies
LLC, Plaintiffs–Appellants,**

v.

**THOMSON, INC., Defendant–Appellee.**

No. 05–1562.

United States Court of Appeals,
Federal Circuit.

April 27, 2006.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**Thomas A. CENSKE, Petitioner,**

v.

**DEPARTMENT OF THE INTERIOR,
Respondent.**

No. 2006–3163.

United States Court of Appeals,
Federal Circuit.

April 28, 2006.

Thomas A. Censke, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.